

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2019

No. 04-19-00427-CR, 04-19-00428-CR & 04-19-00429-CR

The **STATE** of Texas,
Appellant

v.

Raymond **SOTO**,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR9018, 2018CR9019, 2018CR9020
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

Appellee's attorney has filed a motion to withdraw stating he was retained to represent appellee at the trial court level; however, appellee does not have the financial resources to employ counsel on appeal. The motion is GRANTED. Since appellee may be indigent, this appeal is ABATED to the trial court to determine if appellate counsel must be appointed. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). The trial court is ORDERED to determine if appellee is indigent and entitled to appointed counsel and to cause the trial court clerk to file a supplemental clerk's record containing an order documenting its ruling within one month from the date this order is signed. All other appellate deadlines are suspended pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk